**STATE of Missouri, Respondent,**

v.

**James Willie BROWN, Appellant.**

**ED 102429**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 23, 2016

Rachel Flaster, Assistant Attorney General, Jefferson City, MO, for respondent.

Amy E. Lowe, Assistant Public Defender, St. Louis, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

James Willie Brown appeals from his conviction of one count of armed criminal action and three counts of child endangerment. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).